United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DEMAS WAI YAN,<br><br>    Debtor,<br>_____<br>TONY FU,<br><br>    Appellant,<br>  v.<br><br>JANINA M. HOSKINS, Trustee, et. al.,<br><br>    Appellees.<br>_____/ | No. C 12-5475 RS<br><br>Bankruptcy No. 04-33526<br><br>**ORDER DENYING MOTION TO INTRODUCE PURPORTED NEW EVIDENCE** |

    Relying on Rule 60(b)(2) of the Federal Rules of Civil Procedure, *pro se* appellant Tony Fu moves to submit purportedly newly discovered "evidence" in support of his appeal in this bankruptcy matter. Fu asserts that he recently received "a letter," and that one of the events described in the letter has a "direct connection" to this appeal. Fu allegedly was subsequently contacted by the FBI and told not to disclose the contents of the letter and that an investigation into the matters addressed in the letter has commenced. Fu proposes that he will obtain permission from the FBI to present the letter to the Court on the day his motion is set to be heard.

    The motion is denied and the hearing set for May 2, 2013 is vacated. Regardless of what the letter may or may not state, it is not appropriately considered as part of the record on appeal, as it

manifestly was not before the trial court.  Rule 60(b), which governs motions for relief in the trial court, has no application here.  Fu shall file his appellate reply brief no later than May 7, 2013.

IT IS SO ORDERED.

Dated: 4/30/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE